Warren F. SHELTON, Respondent,

v.

INDEPENDENT SCHOOL DISTRICT # 625, Self–Insured/Preferred Works, Relator,

and

Twin Cities Spine Center, Fairview Health Services, Intervenors.

No. A03–1276.

Supreme Court of Minnesota.

Dec. 1, 2003.

James S. Pikala, Christine Louise Tuft, Jennifer M. Spalding, Arthur, Chapman, Kettering, Smetak & Pikala, P.A., Minneapolis, for Relator.

Raymond R. Peterson, McCoy, Peterson & Jorstad, Minneapolis, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 6, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Alan C. Page
Associate Justice